UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORGE TORRES and JULIO BANOS, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | |
| | ) | 3:13-CV-0723-G (BN) |
| VS. | ) | |
| | ) | |
| EMPIRE ENVIRONMENTAL GROUP, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated November 1, 2013, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

Therefore, the plaintiffs' motion for attorney fees and costs (docket entry 14) is **GRANTED** in part and **DENIED** in part, and the defendant is directed to pay the plaintiffs $12,775 in reasonable attorneys' fees.

**SO ORDERED.**

December 2, 2013.

_A. Joe Fish_

A. JOE FISH
**Senior United States District Judge**